**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSIE CASAREZ,  )  | NO. CV 08-06242-MMM(E) |
|        Petitioner,  ) | |
|    v.  ) | JUDGMENT |
| ROBERT ADAMS, Warden,  ) | |
|        Respondent.  ) | |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

Dated: March 16, 2009

                                     /s/ Margaret M. Morrow
                                   MARGARET M. MORROW
                               UNITED STATES DISTRICT JUDGE